# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE THE MATTER OF: )
)
Gloria Thicklin ) CHAPTER 13
)
) CASE NO. 09-31731
Debtor. )
)

PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.

## OBJECTION TO CLAIM NO. 5 OF STATE FARM MUTUAL AUTO INSURANCE COMPANY

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to claim number 5 of **STATE FARM MUTUAL AUTO INSURANCE COMPANY** and as grounds for said Objection will state as follows:

1. The Debtor's Chapter 13 Plan includes the debt owed to State Farm Mutual Auto Insurance Company in the amount of $18,887.80.

2. The Debtor has no real property to attach the lien to and the claim should be reclassified as unsecured.

WHEREFORE, the premises considered, the Debtor objects to claim No. 5 of **STATE FARM MUTUAL AUTO INSURANCE COMPANY** and request that this court reclassify as unsecured.

Respectfully submitted on this day: August 11, 2009

/s/ Richard D. Shinbaum
Richard D. Shinbaum
Attorney for the Debtor

Of Counsel:

SHINBAUM, MCLEOD & CAMPBELL
P.O. Box 201
Montgomery, AL 36101
(334) 269-4440
(fax) 263-4096

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this day: August 11, 2009.

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, AL 36101
(Electronic Mail)

Statefarm Mutual Automobile Ins.Co./John E Johnson
P. O. Box 91717
Mobile, Alabama 36691

/s/ Richard D. Shinbaum
Richard D. Shinbaum